929 A.2d 1090

IN THE MATTER OF JOSE M. CAMERON, AN ATTORNEY AT LAW (ATTORNEY NO. 015281978).

September 7, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–058, concluding that **JOSE M. CAMERON** of **PERTH AMBOY**, who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter and to comply promptly with reasonable requests for information), and *RPC* 1.16(d) (failure to protect a client's interest upon termination of the representation);

And the Court having determined from its review of the matter that an admonition is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **JOSE M. CAMERON** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.